IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ELECTRONIC DATA SYSTEMS CORP. | |
| v. | CIVIL NO. 2:08-CV-41(TJW-CE) |
| ONLINE WIRELESS, INC. | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, ELECTRONIC DATA SYSTEMS CORP. ("EDS"), and defendant ONLINE WIRELESS, INC. ("Online Wireless"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims between EDS and Online Wireless in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT," with each party to bear its own costs, expenses and attorneys' fees.  This Stipulated Motion For Dismissal does not affect any claims related to any other defendant in this case.

Respectfully submitted,

Date: March 27, 2009

By: /s/Danny L. Williams
Danny L. Williams
State Bar No. 21518050
Ruben S. Bains
State Bar No. 24001678
Michael A. Benefield
Indiana State Bar No. 24560-49
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-7000
Facsimile: (713) 934-7011
E-mail: danny@wmalaw.com
E-mail: rbains@wmalaw.com
E-mail: mbenefield@wmalaw.com

2

**ATTORNEYS FOR PLAINTIFF
ELECTRONIC DATA SYSTEMS CORP.**

Date: <u>March 27, 2009</u>

<u>/s/Michael C. Smith</u>
Michael C. Smith - LEAD ATTORNEY
State Bar No. 18650410
Siebman, Reynolds, Burg, Phillips & Smith,
LLP
713 South Washington Avenue
Marshall, Texas 75670
Office: (903) 938-8900
(Fax): (972) 767-4620
michaelsmith@siebman.com

**COUNSEL FOR DEFENDANT
ONLINE WIRELESS, INC.
D/B/A PAGE PLUS CELLULAR**

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on March 27, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3).  Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

\s\ Mark Dunglinson
Mark Dunglinson