**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ELECTRONIC DATA SYSTEMS, CORPORATION | § § § | |
| v. | § § | Case No. 2:08-CV-041 |
| ONLINE WIRELESS INCORPORATED, ET AL. | § § § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, ELECTRONIC DATA SYSTEMS CORP. ("EDS"), and defendant METROPCS COMMUNICATIONS, INC., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims between EDS and MetroPCS Communications, Inc. in this action WITH PREJUDICE, subject to the terms of that certain agreement titled "SETTLEMENT AND PATENT LICENSE OPTION AGREEMENT" with each party to bear its own costs, expenses and attorneys' fees. This Stipulated Motion For Dismissal does not affect any claims related to any other defendant in this case.

Respectfully submitted,

Dated: June 4, 2009

By: /s/Danny L. Williams
Danny L. Williams
State Bar No. 21518050
Ruben S. Bains
State Bar No. 24001678
Michael A. Benefield
Indiana State Bar No. 24560-49
**Williams, Morgan & Amerson, P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713)934-7000
Facsimile: (713) 934-7011
E-mail: danny@wmalaw.com
E-mail: rbains@wmalaw.com
E-mail: mbenefield@wmalaw.com

|  |  |
|---|---|
|  | **Attorneys for Plaintiff**<br>**ELECTRONIC DATA SYSTEMS CORP.** |
| Dated: <u>June 4, 2009</u> | By: /s/ Sanford E. Warren, Jr., *Lead Attorney*<br>Texas State Bar No. 20888690<br>swarren@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201<br>Telephone: (214) 969-2800<br>Facsimile: (214) 969-4343 |
|  | E. Glenn Thames, Jr.<br>State Bar No. 00785097<br>glennthames@potterminton.com<br>POTTER MINTON<br>A Professional Corporation<br>500 Plaza Tower<br>110 North College Avenue<br>Tyler, TX 75702<br>(903) 597-8311 (Telephone)<br>(903) 593-0846 (Facsimile) |
|  | **ATTORNEYS FOR DEFENDANT**<br>**METROPCS COMMUNICATIONS, INC.** |

### CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on June 4, 2009, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

\s\ Mark Dunglinson
Mark Dunglinson