**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ELECTRONIC DATA SYSTEMS, | § | |
| CORPORATION | § | |
| | § | |
| v. | § | Case No. 2:08-CV-041 |
| | § | |
| ONLINE WIRELESS | § | |
| INCORPORATED, ET AL. | § | |

<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Electronic Data Systems Corp., and defendant, Cricket Communications, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Electronic Data Systems Corp., and defendant, Cricket Communications, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "<u>SETTLEMENT, OPTION  AND PATENT LICENSE AGREEMENT</u>."

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this  6th  day of August, 2009.


_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE